| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MARTINEZ, JOSE | 2. Court or Organization<br><br>DISTRICT COURT- S DIST OF FL | 3. Date of Report<br><br>07/31/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>400 N. MIAMI AVENUE<br>ROOM 10-2<br>MIAMI, FL 33128 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTINEZ, JOSE** | 07/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | TEACHING A CLASS AT THE UNIV. OF MIAMI IN CORAL GABLES, FLORIDA | $3,000.00 |
| 2. | 2016 | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 07/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN ELECTRIC POWER CO (COMMON STOCK HELD BY SPOUSE) | A | Dividend | J | T | | | | | |
| 2. DOMINION DIRECT (COMMON STOCK HELD BY SPOUSE) | C | Dividend | M | T | | | | | |
| 3. SOUTHERN COMPANY (COMMON STOCK HELD BY SPOUSE) | B | Dividend | K | T | | | | | |
| 4. WESTAR ENERGY INC (COMMON STOCK HELD BY SPOUSE) | A | Dividend | J | T | | | | | |
| 5. MCDONALDS CORPORATION (COMMON STOCK HELD BY SPOUSE) | A | Dividend | J | T | | | | | |
| 6. CAPITAL ONE | B | Interest | M | T | | | | | |
| 7. WELLS FARGO DEP SWEEP | A | Interest | | | Sold | 7/13/16 | J | | |
| 8. IRA #1 WELLS FARGO DEP SWEEP | A | Interest | | | Sold | 7/13/16 | J | | |
| 9. IRA #2 WELLS FARGO DEP SWEEP ACCOUNT | A | Interest | | | Sold | 8/18/16 | J | | |
| 10. LEGG MASON PARTNERS CAP FUND INC CL C (OWNED BY SPOUSE) | A | Dividend | | | Sold | 7/13/16 | M | A | |
| 11. LEGG MASON PARTNERS AGRESS GROWTH FD CL C (OWNED BY SPOUSE) | C | Dividend | | | Sold | 7/13/16 | L | E | |
| 12. IRA #1 LEGG MASON PRTNRS AGRESS GRWTH FDCL (OWNED BY SPOUSE) | B | Dividend | | | Sold | 7/13/16 | K | | |
| 13. IRA #1 LEGG MASON PRTNRS CAP FD INC CL C (OWNED BY SPOUSE) | C | Dividend | | | Sold | 7/13/16 | K | | |
| 14. IRA #2 LEGG MASON PARTNERS AGGRESSIVE GROWTH FD CL C | C | Dividend | | | Sold | 8/18/16 | L | | |
| 15. IRA #2 LEGG MASON PARTNERS CAP FD INC CL C | C | Dividend | | | Sold | 7/13/16 | L | | |
| 16. IRA #1 COLUMBIA FDS SER TR I | A | Dividend | | | Sold | 7/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. IRA #1 LEGG MASON PRTNRS CAP FD INC CL C | A | Dividend | | | Sold | 7/13/16 | J | | |
| 18. IRA #2 LEGG MASON PARTNERS CAP FD INC CL C | B | Dividend | | | Sold | 7/13/16 | L | | |
| 19. USAA SHORT TERM BOND FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/13/16 | J | | |
| 20. USAA SHORT TERM BOND FUND (OWNED BY SPOUSE) | A | Dividend | | | Sold (part) | 9/14/16 | J | A | |
| 21. USAA EMERGING MARKET FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/13/16 | J | | |
| 22. USAA GROWTH FUND (OWNED BY SPOUSE) | A | Dividend | K | T | Buy | 7/13/16 | K | | |
| 23. USAA HIGH INCOME FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/13/16 | J | | |
| 24. USAA INCOME FUND (OWNED BY SPOUSE) | A | Dividend | K | T | Buy | 7/13/16 | K | | |
| 25. USAA INCOME STOCK FUND (OWNED BY SPOUSE) | A | Dividend | K | T | Buy | 7/13/16 | K | | |
| 26. USAA INTERMEDIATE TERM BOND FUND (OWNED BY SPOUSE) | A | Dividend | K | T | Buy | 7/13/16 | K | | |
| 27. USAA INTERNATIONAL FUND (OWNED BY SPOUSE) | A | Dividend | K | T | Buy | 7/13/16 | K | | |
| 28. USAA MANAGED ALLOCATION FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/13/16 | J | | |
| 29. USAA SMALL CAP STOCK FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/13/16 | J | | |
| 30. USAA MONEY MARKET | A | Dividend | J | T | Buy | 7/13/16 | J | | |
| 31. IRA ACCOUNT- USAA EMERGING MARKETS FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/21/16 | J | | |
| 32. IRA ACCOUNT- USAA GROWTH FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/21/16 | J | | |
| 33. IRA ACCOUNT- USAA INCOME STOCK FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 07/31/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. IRA ACCOUNT- USAA INTERNATIONAL FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/21/16 | J | | |
| 35. IRA ACCOUNT- USAA MANAGED ALLOCATION FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/21/16 | J | | |
| 36. IRA ACCOUNT- USAA SMALL CAP STOCK FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/21/16 | J | | |
| 37. IRA ACCOUNT- USAA HIGH INCOME FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/21/16 | J | | |
| 38. IRA ACCOUNT- USAA INCOME FUND (OWNED BY SPOUSE) | A | Dividend | K | T | Buy | 7/21/16 | K | | |
| 39. IRA ACCT-USAA INTERMEDIATE TERM BOND FUND (OWNED BY SPOUSE) | A | Dividend | K | T | Buy | 7/21/16 | K | | |
| 40. IRA ACCOUNT- USAA SHORT TERM BOND FUND (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/21/16 | J | | |
| 41. IRA ACCOUNT- USAA MONEY MARKET (OWNED BY SPOUSE) | A | Dividend | J | T | Buy | 7/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 07/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ASSET NUMBERS 9, 14 & 15 WERE TRANSFERED TO THE JUDGES THRIFT SAVINGS PLAN ON AUGUST 18, 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTINEZ, JOSE** | 07/31/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOSE MARTINEZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544